1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   THOMAS TANKE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   | UNITED STATES OF AMERICA, | Cr. S-09-293 EJG |
12 |                           |                  |
   |       Plaintiff,          | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
13 |                           |                  |
14 |       vs.                 |                  |
   |                           |                  |
15 | **THOMAS TANKE,**         | Hon. Edward J. Garcia |
16 |       Defendant(s).       |                  |

17
                                    **STIPULATION**
18
         Plaintiff, United States of America, by and through its counsel, Assistant United States
19
   Attorney S. Robert Tice-Raskin , and defendant Thomas Tanke, by and through his counsel,
20
   Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned
21
   action, October 15, 2009, and to continue the matter to November 20, 2009, at 10:00 a.m., for
22
   status conference.
23
         The reason for this continuance is that the defendant has recently received discovery and
24
   requires additional time to review same.  The parties further agree and stipulate that the period
25
   for the filing of this stipulation until November 20, 2009, should be excluded in computing time
26
   for commencement of trial under the Speedy Trial Act, based upon the interest of justice under
27
   18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow continuity of defensecounsel
28
   and to allow reasonable time necessary for effective defense preparation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the defendant's and the public's best interests in commencing trial within the 70 day-Speedy Trial time period.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE:  October 13, 2009

      s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**THOMAS TANKE**

DATE: October 13, 2009

      s/S. Robert Tice-Raskin
**S. ROBERT TICE-RASKIN**
Asst. U.S. Attorney

### ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to November 20, 2009. The court finds excludable time in this matter from October 15, 2009, through November 20, 2009, under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow continuity of defense counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATE:   October 13, 2009

      /s/ Edward J. Garcia
**HON. EDWARD J. GARCIA**
Senior U.S. District Court Judge