HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
THOMAS TANKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **THOMAS TANKE,** <br><br> Defendant(s). | Cr. S-09-293 EJG <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br> \*\*AS MODIFIED\*\* <br><br> Hon. Edward J. Garcia |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney S. Robert Tice-Raskin , and defendant Thomas Tanke, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, November 20, 2009, and to continue the matter to December 16\*, 2009, at 10:00 a.m., for status conference.

The reason for this continuance is that defense counsel has received discovery and requires additional time to review same and consult with the defendant. The parties further agree and stipulate that the period from the filing of this stipulation until December 18, 2009, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow continuity of defensecounsel and to allow reasonable time necessary for effective defense

1  preparation.

2      It is further agreed and stipulated that the need of defense counsel to prepare exceeds the

3  defendant's and the public's best interests in commencing trial within the 70 day-Speedy Trial

4  time period.

5      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6  IT IS SO STIPULATED

7  DATE:  November 16, 2009

8            s/Hayes H. Gable, III
          **HAYES H. GABLE, III**

9            Attorney for Defendant
          **THOMAS TANKE**

10

11  DATE: November 16, 2009

          s/S. Robert Tice-Raskin

12            **S. ROBERT TICE-RASKIN**
          Asst. U.S. Attorney

13

14  **ORDER FINDING EXCLUDABLE TIME**

15      For the reasons set forth in the accompanying stipulation and declaration of

16  counsel, the status conference in the above-entitled action is continued to December 18,

17  2009. The court finds excludable time in this matter from the filing of this stipulation until

18  December 16*, 2009, under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow

19  continuity of defense counsel and to allow reasonable time necessary for effective defense

20  preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice

21  served by granting the requested continuance outweigh the best interests of the public and the

22  defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

23  IT IS SO ORDERED.

24

25  DATE:  November 19, 2009

26            /s/ Edward J. Garcia
          **HON. EDWARD J. GARCIA**

27            Senior U.S. District Court Judge

28