1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   THOMAS TANKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **THOMAS TANKE,** <br><br> Defendant(s). | Cr. S-09-293 EJG <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Hon. Edward J. Garcia |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney S. Robert Tice-Raskin , and defendant Thomas Tanke, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, December 16, 2009, and to continue the matter to February 26, 2010, at 10:00 a.m., for status conference.

The reason for this continuance is that defense counsel has reviewed discovery and is now conducting his investigation.  The parties further agree and stipulate that the period from the filing of this stipulation until February 26, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow continuity of defense counsel and

1  to allow reasonable time necessary for effective defense preparation.

2  It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
3  defendant's and the  public's best interests in commencing trial within the 70 day-Speedy Trial
4  time period.

5  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6  IT IS SO STIPULATED

7  DATE:  December 15, 2009

8    s/Hayes H. Gable, III
   **HAYES H. GABLE, III**
9   Attorney for Defendant
   **THOMAS TANKE**
10

11 DATE:  December 15, 2009

   s/S. Robert Tice-Raskin
12 **S. ROBERT TICE-RASKIN**
   Asst. U.S. Attorney
13

14 **ORDER FINDING EXCLUDABLE TIME**

15  For the reasons set forth in the accompanying stipulation of counsel, the status
16 conference in the above-entitled action is continued to February 26, 2010. The court finds
17 excludable time in this matter from the filing of this stipulation until February 26, 2010, under 18
18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow continuity of defense counsel and
19 to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated
20 by the parties, the Court finds that the interest of justice served by granting the requested
21 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
22 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).
23 IT IS SO ORDERED.
24

25 DATE:   December 15, 2009

26  /s/ Edward J. Garcia
   **HON. EDWARD J. GARCIA**
27 Senior U.S. District Court Judge

28