1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   THOMAS TANKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-09-293 EJG |
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **THOMAS TANKE,** | Hon. Edward J. Garcia |
| Defendant(s). | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney S. Robert Tice-Raskin , and defendant Thomas Tanke, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, February 26, 2010, and to continue the matter to April, 23, 2010, at 10:00 a.m., for status conference.

The reason for this continuance is that defense counsel has reviewed discovery and is now conducting his investigation.  The parties further agree and stipulate that the period from the filing of this stipulation until April 23, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow continuity of defense counsel and

1 to allow reasonable time necessary for effective defense preparation.

2     It is further agreed and stipulated that the need of defense counsel to prepare exceeds the

3 defendant's and the public's best interests in commencing trial within the 70 day-Speedy Trial

4 time period.

5     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6 IT IS SO STIPULATED

7 DATE:  February 19, 2010

8     s/Hayes H. Gable, III
    **HAYES H. GABLE, III**
9     Attorney for Defendant
    **THOMAS TANKE**

11 DATE:  February 19, 2010

    s/S. Robert Tice-Raskin
12     **S. ROBERT TICE-RASKIN**
    Asst. U.S. Attorney

14 **ORDER FINDING EXCLUDABLE TIME**

15     For the reasons set forth in the accompanying stipulation of counsel, the status

16 conference in the above-entitled action is continued to April 23, 2010. The court finds

17 excludable time in this matter from the filing of this stipulation until April 23, 2010, under 18

18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow continuity of defense counsel and

19 to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated

20 by the parties, the Court finds that the interest of justice served by granting the requested

21 continuance outweigh the best interests of the public and the defendant in a speedy trial. 18

22 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

23 IT IS SO ORDERED.

25 DATE:   February 22, 2010

26     /s/ Edward J. Garcia
    **HON. EDWARD J. GARCIA**
27     Senior U.S. District Court Judge

- 2 -