1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   THOMAS TANKE

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,          Cr. S-09-293 EJG

13 |             Plaintiff,              **STIPULATION AND ORDER RE:
                                          CONTINUANCE OF STATUS
                                          CONFERENCE AND EXCLUSION OF
14 |     vs.                              TIME UNDER SPEEDY TRIAL ACT**

15 | **THOMAS TANKE,**
                                          Hon. Edward J. Garcia
16 |             Defendant(s).

17
                                           **STIPULATION**
18

19     Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney S. Robert Tice-Raskin , and defendant Thomas Tanke, by and through his counsel,

21  Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned

22  action, April 23, 2010, and to continue the matter to June 25, 2010, at 10:00 a.m., for status

23  conference.

24     The reason for this continuance is that, according to defendant, the defendant has recently

25  undergone surgery for the removal of a brain tumor and is still in the recuperative stage, under

26  physician's care, being treated for epilepsy occasioned by the surgery, and being monitored for the

27  possible resurgence of the tumor.  Moreover, defendant also needs additional time for his counsel to

28  prepare his defense. The parties agree and stipulate that the period from the filing of this stipulation until

    June 25, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial

1 | Act, under 18 U.S.C. §§ 3161(h)(4) and (h)(7)(A), (h)(7)(B)(iv), Local Codes N and T4, due to the
2 | unavailability of the defendant due to physical incapacity of the defendant, and to allow continuity of
3 | defense counsel and to allow reasonable time necessary for effective defense preparation.
4 |     It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
5 | defendant's and the public's best interests in commencing trial within the 70 day-Speedy Trial
6 | time period.
7 |     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8 | IT IS SO STIPULATED
9 | DATE: April 19, 2010

                                                s/Hayes H. Gable, III
                                        **HAYES H. GABLE, III**
                                        Attorney for Defendant
                                        **THOMAS TANKE**

DATE: April 19, 2010

                                                s/S. Robert Tice-Raskin
                                        **S. ROBERT TICE-RASKIN**
                                        Asst. U.S. Attorney

## ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation of counsel, the status conference in the above-entitled action is continued to June 25, 2010. The court finds excludable time in this matter from the filing of this stipulation until June 25, 2010, under 18 U.S.C. §§ 3161(h)(4) and (h)(7)(A), (h)(7)(B)(iv), Local Codes N and T4, due to the unavailability of the defendant due to physical incapacity of the defendant, to allow continuity of defense counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATE:   April 19, 2010

/s/ Edward J. Garcia
**HON. EDWARD J. GARCIA**
Senior U.S. District Court Judge