HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
THOMAS TANKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **THOMAS TANKE,** <br><br> Defendant(s). | Cr. S-09-293 EJG <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Hon. Edward J. Garcia |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney S. Robert Tice-Raskin , and defendant Thomas Tanke, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, June 25, 2010, and to continue the matter to August 27, 2010, at 10:00 a.m., for status conference.

The reason for this continuance is that, according to the defendant, he has recently undergone surgery for the removal of a brain tumor and is still in the recuperative stage, under physician's care, being treated for epilepsy occasioned by the surgery, and being monitored for the possible resurgence of the tumor. A recent examination revealed that he had a large amount of fluid on the brain. His neurosurgeon and neurologist wish to postpone any additional surgery to remove the fluid until after the next MRI, which is scheduled for August. In the interim, Mr.

1  Tanke is not allowed to fly and is restricted to no more than 5 hours in an auto per day.  He
2  resides in Monument, Colorado.  He is in no condition at this time to discuss resolution of this
3  matter.
4      The parties agree and stipulate that the period from the filing of this stipulation until June
5  25, 2010, should be excluded in computing time for commencement of trial under the Speedy
6  Trial Act, under 18 U.S.C. §§ 3161(h)(4) and  (h)(7)(A), (h)(7)(B)(iv), Local Codes N and  T4,
7  due to the unavailability of the defendant due to physical incapacity of the defendant, and to
8  allow continuity of defense counsel and to allow reasonable time necessary for effective defense
9  preparation.
10      It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
11  defendant's and the  public's best interests in commencing trial within the 70 day-Speedy Trial
12  time period.
13      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
14  IT IS SO STIPULATED
15  DATE:  June 23, 2010

16          s/Hayes H. Gable, III
17          **HAYES H. GABLE, III**
        Attorney for Defendant
18          **THOMAS TANKE**

19  DATE:  June 23, 2010

20          s/S. Robert Tice-Raskin
        **S. ROBERT TICE-RASKIN**
21          Asst. U.S. Attorney

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation of counsel, the status conference in the above-entitled action is continued to August 27, 2010. The court finds excludable time in this matter from the filing of this stipulation until August 27, 2010, under 18 U.S.C. §§ 3161(h)(4) and (h)(7)(A), (h)(7)(B)(iv), Local Codes N and T4, due to the unavailability of the defendant due to physical incapacity of the defendant , to allow continuity of defense counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATE: June 23, 2010

       /s/ Edward J. Garcia
**HON. EDWARD J. GARCIA**
Senior U.S. District Court Judge