UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM AND ORDER

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

c/EJG

                        **RE:**   **Thomas TANKE**
                                 **Docket Number:   2:09CR00293-01**
                                 <u>**CONTINUANCE OF JUDGMENT**</u>
                                 <u>**AND SENTENCING; ORDER**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 03/02/2012 to 04/20/2012 at 10AM. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The undersigned probation officer was on annual leave and the probation interview was not completed until recently.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                        Respectfully submitted,

                        /s/ Linda L. Alger
                        LINDA L. ALGER
                        Senior United States Probation Officer

**REVIEWED BY:**  /s/ Hugo Ortiz
                        HUGO ORTIZ
                        Supervising United States Probation Officer

Dated:    January 24, 2012
              Sacramento, California
              lla/sda

FILED
JAN 25 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG

**RE:   Thomas TANKE**
**Docket Number:   2:09CR00293-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc:   Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Defense Counsel
Probation Office Calendar clerk

✓ **Approved**

_____   1/25/12
**EDWARD J. GARCIA**
**Senior United States District Judge**          **Date**

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:09CR00293-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Thomas TANKE** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 04/20/2012@10am |
| Reply, or Statement of Non-Opposition: | 04/13/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 04/06/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 03/30/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 03/23/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 03/09/2012 |