**MICHAEL E. HANSEN**
ATTORNEY AT LAW
711 NINTH STREET, SUITE 100
SACRAMENTO, CA 95814
916.438.7711 FAX 916.864.1359
MHANSEN@CRIMINAL-DEFENSES.COM



FILED
APR 0 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DATE:   March 30, 2012

TO:     Colleen Lydon, Courtroom Deputy to the
        Honorable Edward J. Garcia
        United States District Judge

FROM:   Michael E. Hansen
        Attorney for Thomas Tanke

RE:     U.S. v. Thomas Tanke
        USDC, E.D. Cal., Case No. 2:09-CR-00293 EJG

---

This memorandum is to confirm that the parties request that the sentencing hearing for defendant Thomas Tanke in the above matter be continued from April 20, 2012, to May 18, 2012, at 10:00 a.m.

Accordingly, the schedule of disclosure for the presentence investigation report should be revised as follows (draft PSR has already been prepared):

Objections:   4/20/12
Report:       4/27/12
Corrections:  5/4/12
Reply:        5/11/12

Thank you.

cc:   Linda Alger, U.S. Probation

IT IS SO ORDERED

_signature_
4/2/12