1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No. 2:09-cr-0293 WBS KJN P

12              Respondent,

13        v.                                  ORDER

14   THOMAS TANKE,

15              Movant.

16

17        Movant has requested leave to file its request to seal and its excerpts of records Volume II

18   in support of the government's opposition to the § 2255 motion. Good cause appearing, IT IS

19   HEREBY ORDERED that:

20        1. Movant's request for leave to file its request for seal and Excerpts of Records Volume

21   II under seal is granted; and

22        2. Once these documents are emailed to ApprovedSealed@caed.uscourts.gov, the Clerk

23   of the Court is directed to file such documents under seal.

24   Dated: July 31, 2014

25   _____

26   /tank0293.seal                           KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE
27

28

                                              1