1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

THOMAS TANKE,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

**CR. NO.** 2:09-0293 WBS KJN

ORDER

----oo0oo----

On August 26, 2016, petitioner Thomas Tanke filed a pro se "motion for stay in adjustment to restitution payment schedule." (Docket No. 127.)  The United States shall file an opposition to petitioner's motion no later than September 30, 2016.  Petitioner may then file a reply no later than October 21, 2016.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

1

1                IT IS SO ORDERED.

2  Dated:   August 31, 2016

3

   WILLIAM B. SHUBB
4  UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2