1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                  No.  2:09-cr-0293 JAM KJN P

12              Plaintiff,

13         v.                                     ORDER

14    THOMAS TANKE,

15              Defendants.

16

17         The court has considered the request by the Government to file under seal, pursuant to

18    Local Rule 141, Excerpts of Record Volume II Re: Government's Opposition to Defendant's

19    Motion Pursuant to 28 U.S.C. § 2255.  (ECF No. 115.)  Good cause appearing, IT IS HEREBY

20    ORDERED that the Government's request is GRANTED.

21    Dated:  September 1, 2016

22

23    _____
      KENDALL J. NEWMAN
      UNITED STATES MAGISTRATE JUDGE

24

25
      /tank0293.seal
26

27

28

1