UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS TANKE,<br><br>　　　　Defendant. | No. 2:09-CR-0293 WBS KJN<br><br>**ORDER** |

----oo0oo----

The court having denied defendant's motion to under 28 U.S.C. § 2255 (Docket No. 133), defendant's motion for a "stay in adjustment to Restitution payment schedule" pending final decision regarding his § 2255 motion (Docket No. 127) is hereby DENIED a moot.

Dated:  December 9, 2016

_(signed)_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1