UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS TANKE,<br><br>　　　　Defendant. | No.  2:09-CR-0293 WBS;<br>　　　2:14-CV-1243 WBS KJN<br><br>**ORDER** |

----oo0oo----

　　　　This court's Order of December 8, 2016 (Docket No. 133) is hereby vacated and set aside, and plaintiff is given thirty (30) days from the date of this Order to file objections to the Findings and Recommendations of the Magistrate Judge (Docket No. 132).  The court will then take the matter under submission.

　　　　IT IS SO ORDERED.

Dated:  January 30, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1