UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:09-CR-0293 WBS; |
| | 2:14-CV-1243 WBS KJN |
| Plaintiff, | |
| v. | **ORDER** |
| THOMAS TANKE, | |
| Defendant. | |

----oo0oo----

On February 22, 2017, in response to defendant's Motion for Extension of Time to File Objections to Findings and Recommendations of the Magistrate Judge (Docket No. 140), this court ordered the Clerk to send a copy of the Magistrate Judge's Findings and Recommendations (Docket No. 132) by certified mail to defendant at his address at 116 Breakaway Road, Cedar Park, Texas 78613. (Docket No. 141.) However, that copy was returned as undeliverable, and defendant has since notified the court that his current address is 323 Settlers Home Drive, Cedar Park, Texas 78613. Accordingly, the Clerk is ordered to send a copy of the

1

Magistrate Judge's Findings and Recommendations (Docket No. 132) by certified mail to defendant at 323 Settlers Home Drive, Cedar Park, Texas 78613. Defendant shall have sixty (60) days from the date of this Order to file any objections to the Findings and Recommendations. The court will then take the matter under submission.

As previously ordered by the court in its February 22, 2017 Order, defendant's request that the court reconsider its prior ruling regarding the appointment of counsel with respect to defendant's motion to vacate under 28 U.S.C. § 2255 (Docket No. 117) is DENIED.

IT IS SO ORDERED.

Dated: May 4, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE