UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS TANKE,<br><br>　　　　Defendant. | NOS. 2:09-CR-0293 WBS KJN;<br>　　　 2:14-CV-1243 WBS KJN<br><br>ORDER |

----oo0oo----

Defendant Thomas Tanke, a former federal prisoner proceeding pro se, has filed a Motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Def.'s Mot. (Docket No. 109).) The Motion was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 26, 2016, the magistrate judge filed a Findings and Recommendations ("F&R") with respect to defendant's Motion, recommending that the Motion be denied, and the related civil case in this matter be closed. (Findings and

1

Recommendations (Docket No. 132).) The court adopted the F&R on December 8, 2016, (Docket No. 133), but set aside that order after defendant notified the court that he did not receive a copy of the F&R due to a change of address, (see Docket Nos. 138, 139). The court thereafter re-sent a copy of the F&R to defendant's updated address, (see Docket No. 145), and defendant acknowledges receipt of the F&R, (see Def.'s Objections at 1 (Docket No. 147)). Defendant filed a list of objections to the F&R on June 29, 2017. (Id.)

Defendant's list sets forth eight objections to the F&R. Defendant's first objection argues, for the first time, that defendant's counsel rendered ineffective assistance to defendant by failing to raise a statute of limitations defense to defendant's mail fraud counts at trial. Even if the court were to overlook the fact that defendant is raising that argument for the first time on objection, that argument would fail for the reason that defendant's mail fraud counts stem from activity that took place on July 22 and September 16, 2004, see United States v. Tanke, 743 F.3d 1296, 1300 (9th Cir. 2014), and thus were timely charged pursuant to the five-year limitations period for mail fraud set forth in 18 U.S.C. § 3282, (see Indictment (filed on July 16, 2009) (Docket No. 1).).

Defendant's second, third, fourth, fifth, sixth, seventh, and eighth objections merely raise arguments already raised in defendant's Motion. Each of those arguments were adequately addressed in magistrate judge's F&R, which after having conducted a de novo review of this case and carefully reviewed the entire file, the court finds to be supported by the

2

record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The magistrate judge's Findings and Recommendations (Docket No. 132) are adopted in full.
2. Defendant's Motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Docket No. 109) is denied.
3. The court declines to issue a certificate of appealability for this Order pursuant to 28 U.S.C. § 2253.
4. The clerk of the court is directed to close the related civil case in this matter (No. 2:14-CV-1243 WBS KJN).

Dated: July 11, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE