IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS TANKE,<br><br>　　　　　Defendants. | CASE NO. 2:09-CR-00293-WBS-KJN<br><br>**ORDER SUBSTITUTING SUCCESSOR TRUSTEE SUSAN SMITH FOR MICHAEL BURKHART AS RESTITUTION PAYEE** |

This matter came on for consideration upon the United States' Petition to Substitute Susan Smith For Michael Burkhart as Restitution Payee.

IT IS HEREBY ORDERED that the restitution payee for the victim, Azteca Construction, shall be changed for purposes of restitution and restitution payments will now be made payable to Susan Smith. The Financial Unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to reflect such change in their records. The restitution is ordered payable to Susan Smith, Chapter 7 Trustee for Azteca Construction, in lieu of Michael Burkhart, in the amounts specified according to the Judgment in the Criminal Case entered on May 12, 2014 (Docket Entry No. 108), and the list of victims maintained by the Financial Unit. This order does not alter or change the total restitution amount.

IT IS SO ORDERED.

Dated: October 12, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE